**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NANA ACQUAAH,

    Petitioner,

v.                                          Case No. 13-11706

BONITA HOFFNER,

    Respondent.
_____/

**ORDER DISMISSING WITHOUT PREJUDICE
PETITION FOR WRIT OF *HABEAS CORPUS***

On April 30, 2013, two orders directed Petitioner to complete within three weeks the filing requirements for his petition for a writ of *habeas corpus*. More than eight weeks after the orders issued, Petitioner has not acted. Accordingly,

IT IS ORDERED that the petition is DISMISSED WITHOUT PREJUDICE. A certificate of appealability is DENIED.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: July 5, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 5, 2013, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522