UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANA ACQUAAH,

    Petitioner,

v.                                        Case Number 2:13-CV-11706

BONITA HOFFNER, WARDEN,

    Respondent.

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Dismissing the Petition for a Writ of Habeas Corpus and Denying a Certificate of Appealability," dated October 16, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Bonita Hoffner and against Petitioner Nana Acquaah. Dated at Detroit, Michigan, this 16th day of October 2013.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  S/Lisa Wagner
                                             By: Lisa Wagner, Case Manager
                                                to Judge Robert H. Cleland